IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN  DIVISION

KAISER                                                                                    PLAINTIFF

VERSUS                               CIVIL ACTION NO. 5:06cv186DCB-JMR

RLI                                                                DEFENDANT

ORDER OF DISMISSAL

       The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

       IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within (20) days , any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful , all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement, The Court specifically retains jurisdiction to enforce the settlement agreement.

       SO ORDERED, this the 17TH  day of August , 2007.


                        s/John M. Roper Sr.
                        UNITED STATES MAGISTRATE JUDGE